JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LEXI RAMIREZ and ADALBERTO RAMIREZ,

Plaintiffs,

vs.

FCA US, LLC; and GLENN E. THOMAS COMPANY; and DOES 1 through 10, inclusive

Defendants.

Case No.: 2:23-cv-04689-JLS-AGR

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs LEXI RAMIREZ and ADALBERTO RAMIREZ ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on July 17, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $218,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: August 10, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE