UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXI RAMIREZ and ADALBERTO RAMIREZ, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US, LLC; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. 2:23-CV-04689-JLS-AGR <br><br> District Judge: Josephine L. Staton <br><br> **ORDER GRANTING STIPULATION RE: ATTORNEY FEES AND COSTS (Doc. 23)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs LEXI RAMIREZ and ADALBERTO RAMIREZ ("Plaintiffs") and Defendant FCA US, LLC have agreed FCA US, LLC will pay $16,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $16,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs within 60 days from the signing of the Parties' Stipulation dated October 25, 2023. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: November 6, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE